IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVLLE DIVISION

| | |
|---|---|
| INFOPARTNERS, INC., | ) |
|     Plaintiff and Counter-Defendant, | ) ) ) ) ) |
| v. | ) ) ) |
| HENDERSON COUNTY HOSPITAL CORPORATION, | ) ) ) ) |
|     Defendant and Counter-Plaintiff. | ) ) |

No. Case No. 3:08-CV-0837

Judge Nixon
Magistrate Judge Knowles

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the signatures of counsel for InfoPartners, Inc., and counsel for Henderson County Hospital Corporation, the matters in dispute between these parties have been compromised and settled. It is, accordingly, ORDERED, DECREED and ADJUDGED that the claims in this action between InfoPartners and Henderson County Hospital Corporation shall be and hereby are dismissed, with prejudice. The parties shall bear their own costs.

This 17th day of July, 2009.

                                                         John T. Nixon
                                                         Senior District Judge